**IT IS ORDERED as set forth below:**

**Date: October 14, 2026**

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: | CASE NUMBER |
| **DANELLE DESHAWN BROWN,** | **26-60190-SMS** |
| Debtor. | CHAPTER 7 |

**NOTICE OF HEARING**

Before the Court is the *Motion to Reconsider Dismissal* (the "Motion," Doc. 30) filed by Danelle Deshawn Brown ("Debtor") *pro se* on October 9, 2026. The Court is inclined to hear the Motion. Accordingly, it is

**ORDERED** and **NOTICE IS HEREBY GIVEN** that the Court will hold a hearing on the Motions in **Courtroom 1201**, United States Courthouse, Richard B. Russell Federal Building, 75 Ted Turner Drive SW, Atlanta, Georgia, on **October 28, 2026**, at **11:30 a.m.**, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room which may be accessed in the "Virtual Hearings" tab of Judge Sigler's Court information page at: https://www.ganb.uscourts.gov/content/honorable-sage-m-sigler.

**END OF DOCUMENT**

Distribution List

Danelle Deshawn Brown
Apt F12
50 Mildred Pl NW
Atlanta, GA 30318

S. Gregory Hays
Hays Financial Consulting, LLC Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303